O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CARL RAPKO,<br><br>             Petitioner,<br><br>    vs.<br><br>KIM HOLLAND, Warden,<br><br>             Respondent. | Case No. CV 13-4526-JFW (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice.

Dated: February 19, 2014

                                                        JOHN F. WALTER<br>
                                                        UNITED STATES DISTRICT JUDGE