JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CARL RAPKO, | Case No. CV 13-4526-JFW (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| KIM HOLLAND, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: February 19, 2014

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1